# EXHIBIT A

# MOTOR VEHICLE LEASE AGREEMENT
## NEW YORK

DATE 06/29/2012

| Lincoln Automotive Financial Services | LESSEE (and Co-Lessee) Name and Address (Including County and Zip Code) | LESSOR (Name and Address) |
|---|---|---|
| www.LincolnAFS.com 1-800-452-8601 | ALBERTO REYES JR<br>[illegible] HEMPSTEAD TPKE #295<br>EAST MEADOW NY 11554<br>NASSAU | BASSETT LINCOLN MERCURY SALES<br>[illegible] SUNRISE HWY<br>WANTAGH NY 11793 |

"Finance Company" is LINCOLN AFS. The "Holder" is CAR EAST LLC and its assigns. By signing "You" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease and the terms of [illegible] Care Addendum, if any, attached to this lease.

If Your payment schedule is shown in Item 2(a), You entered into a "Monthly Payment Lease."
If Your payment schedule is shown in Item 2(b), You entered into an "Advance Payment Lease."

| New/Used | Mileage at Delivery | Year/Make/Model | Vehicle Identification Number | Vehicle Use |
|---|---|---|---|---|
| NEW | 29 | 2012 LINCOLN [illegible] | [illegible] | PERSONAL |

You state that this Vehicle will be used primarily for: [X] Personal, family or household use [ ] Agricultural, business or commercial use. Initials: [signature] Lessee; N/A Co-Lessee

WARNING: Important consumer protections may not apply if this agreement indicates that you are leasing the vehicle primarily for agricultural, business or commercial use.

| 1. Amount Due At Lease Signing or Delivery (Itemized Below)* | 2. Payments | 3. Other Charges (not part of Your monthly payment) | 4. Total of Payments (The amount You will have paid by the end of the lease) |
|---|---|---|---|
| $ 2224.31 | (a) Monthly Payments: Your first monthly payment of $ 658.00 is due on 06/29/2012, followed by 35 payments of $ 658.00 due on the 29th day of each month. The total of Your monthly payments is $ 23688.00<br>(b) Advance Payment: Your Payment of $ N/A is due on N/A. The total of Your payments is $ N/A | Disposition fee (if You do not purchase the Vehicle) $ N/A<br>N/A $ N/A<br>Total $ N/A | $ 22764.31 |

* Itemization of Amount Due at Lease Signing or Delivery

| 5. Amounts Due At Lease Signing or Delivery: | | 6. How the Amount Due At Lease Signing or Delivery will be paid: | |
|---|---|---|---|
| a. Capitalized cost reduction | $ 1322.44 | a. Net trade-in allowance | $ N/A |
| b. First monthly payment | 658.00 | b. Rebates and noncash credits | 6500.00 |
| c. Advance payment | N/A | c. Amount to be paid in cash | 1224.31 |
| d. Refundable security deposit | N/A | d. N/A | N/A |
| e. Title fees | N/A | | |
| f. Registration fees | 234.00 | | |
| g. Acquisition fee | N/A | | |
| h. TAX ON CAP RED | 372.91 | | |
| i. UPFRONT TAXES | 2048.55 | | |
| j. WASTE TIRE FEE | 12.50 | | |
| k. N/A | N/A | | |
| l. N/A | N/A | | |
| m. OTHER CHARGES | 75.00 | | |
| Total | $ 2224.31 | Total | $ 2224.31 |

7. Your payment is determined as shown below:

| | | |
|---|---|---|
| a. Gross capitalized cost. The agreed upon value of the Vehicle ($ 45258.78) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (itemized below - Item 19)** | | $ 47438.78 |
| b. Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost | − | 4322.44 |
| c. Adjusted capitalized cost. The amount used in calculating Your base payment | = | 43116.34 |
| d. Residual value. The value of the Vehicle at the end of the lease used in calculating Your base payment | − | 20892.50 |
| e. Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term | = | 22223.84 |
| f. Rent charge. The amount charged in addition to the depreciation and any amortized amounts | + | 1464.16 |
| g. Total of base payments. The depreciation and any amortized amounts plus the rent charge | = | 23688.00 |
| h. Lease payments. The number of payments in Your lease | ÷ | 36 |
| i. Base payment | = | 658.00 |
| j. Sales / Use tax | + | N/A |
| k. N/A | + | N/A |
| l. N/A | + | N/A |
| m. Total payment | = | $ 658.00 |
| n. Lease term in months | | 36 |

**Early Termination.** You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.

8. Excess Wear and Use. You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay to Lessor $0.20 per mile for each mile in excess of 45000 miles shown on the odometer. See Items 23 and 29 on back and the WearCare Addendum, if any, attached to this lease for additional excess wear and use terms.

9. Extra Mileage Option Credit. At the scheduled end of this lease, You will receive a credit of $0. N/A per unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under the lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than $100.

10. Purchase Option at End of Lease Term. $ 21392.50 plus official fees and taxes, and a [illegible] documentary fee if allowed by law, is Your lease end purchase option price. You have the option to purchase the Vehicle at the end of the lease term from a party designated by the Holder for the purchase option price if You are not in default.

11. Other Important Terms. See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

12. STATE DISCLOSURES The following are descriptions of the GROSS CAPITALIZED COST and the ADJUSTED CAPITALIZED COST, disclosed above. GROSS CAPITALIZED COST is the sum of the ADJUSTED CAPITALIZED COST and any CAPITALIZED COST REDUCTION. The GROSS CAPITALIZED COST and the amount of the rental payment may be negotiable. ADJUSTED CAPITALIZED COST is the amount which is capitalized in connection with the lease and is used in determining the amount of your periodic payment. This amount will be used in determining your early termination liability. The ADJUSTED CAPITALIZED COST may be used to compare the early termination provisions of competing lessors.

13. WARRANTY The Vehicle is covered by any warranty, extended warranty or service contract indicated below:
[ ] Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle.
[X] FORD
N/A

14. OFFICIAL FEES AND TAXES $ 2328.97
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

15. VEHICLE INSURANCE REQUIREMENTS You must insure the Vehicle during this lease. The insurance must be acceptable to Finance Company and protect You and Holder with (a) comprehensive fire and theft insurance with a maximum deductible amount of $1,000; and (b) collision and upset insurance with a maximum deductible of $1,000; and (c) automobile liability insurance with minimum limits for bodily injury or death of $ 25000.00 for any one person and $ 50000.00 for any one accident, and $ 10000.00 for property damage. You will list the Holder as additional insured and loss payee under the insurance policy unless Lessor or Finance Company specifies otherwise. You must give Finance Company evidence of this insurance. (See Item 24 on back)

THIS LEASE DOES NOT CONTAIN PHYSICAL DAMAGE OR LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.

16. OPTIONAL INSURANCE These coverages are not required to enter into this lease and will not be provided unless You sign below. If insurance is to be obtained by Lessor, the coverages are shown in a notice given to You this date and are for the term of this lease.

a. Credit Life Insurance $ N/A (Credit Coverage) $ N/A (Premium) N/A (Insured(s))
N/A (Insurance Company)
Lessee X N/A Co-Lessee X N/A

b. Credit Disability Insurance $ N/A (Monthly Coverage) $ N/A (Premium) N/A (Insured(s))
N/A (Insurance Company)
Lessee X N/A Co-Lessee X N/A

17. LATE PAYMENTS You will pay a late charge on each payment that is not received within 10 days after it is due. The charge is 7.5% of the full amount of the scheduled payment or $50.00 whichever is less.

18. LESSOR SERVICES NONE
(See Item 32 on back) NONE

**19. Itemization of Gross Capitalized Cost

| Agreed Upon Value of the Vehicle | Sales/Use Tax and Other Applicable Taxes | Title Fees | License and Registration Fees | Extended Warranty and Service Contract | Acquisition Fee | Documentation Fee |
|---|---|---|---|---|---|---|
| $ 45258.78 | + $ N/A | + $ N/A | + $ N/A | + $ N/A | + $ 645.00 | + $ N/A |
| WEAR CARE | MAINTENANCE | N/A | N/A | N/A | N/A | Total Gross Capitalized Cost |
| + $ 740.00 | + $ 795.00 | + $ N/A | + $ N/A | + $ N/A | + $ N/A | = $ 47438.78 |

## SIGNATURES AND IMPORTANT NOTICES

Modification: This lease sets forth all of the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change to this lease must be in writing and signed by You and Finance Company.

Lessee [signature] By X Title

Co-Lessee N/A By X N/A Title N/A

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

NOTICE TO THE LESSEE: 1. Do not sign this agreement before You read it or if it contains any blank space.
2. You are entitled to a completely filled-in copy of this agreement when You sign it.

You acknowledge that You received a filled-in copy of this lease at the time You signed it and notice of an assignment of this lease by the Lessor to Holder.

MOTOR VEHICLE LEASE AGREEMENT

Lessee [signature] By X Title

Co-Lessee N/A By X N/A Title N/A

Lessor and Lessee are hereby notified that Holder has engaged CI Exchange in its capacity as an intermediary (qualified intermediary) [illegible] with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination.
Lessor accepts this lease and assigns it to Holder under the terms of the lease [illegible] agreement between Lessor and Holder.

Lessor BASSETT LINCOLN MERCURY SALES By X [signature] Title [signature]

SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS

LT [illegible] (Rev 11)
LI [illegible]
Previous editions may NOT be used.

ORIGINAL

PLY 1 - ORIGINAL PLY 2 - LESSEE PLY 3 - CO-LESSEE/GUARANTOR COPY PLY 4 - LESSOR