UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

ALBERTO REYES, JR.,            Case No. 2:15-cv-00560-LDW-ARL

    Plaintiff,                  PLAINTIFF'S REPLY TO COUNTERCLAIM

   -against-

LINCOLN AUTOMOTIVE FINANCIAL

SERVICES,

    Defendant.

---

Plaintiff Alberto Reyes, Jr., answering Defendant's counterclaim, states as follows:

1. Plaintiff denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 10,11 of Defendant's Answer.

2. Plaintiff denies the allegations in paragraphs 12, 13, 14, 15 of Defendant's Answer.

**WHEREFORE,** Plaintiff demands judgment against Defendant dismissing the Counterclaim, with prejudice, and awarding it costs, attorneys fees and such other and further relief as the Court deems proper.

Dated: Bronx, New York

      March 20, 2015

                                            EDWARD B. GELLER, ESQ., P.C.

                                            By <u>/s/Edward B. Geller</u>

## CERTIFICATE OF SERVICE

I certify that on the 30th day of March 2015, I caused a true and correct copy of the foregoing document to be served in accordance with the Federal Rules of Civil Procedure and/or the Eastern District's Local Rules; and/or the Eastern District's Rules on Electronic Service, upon the following parties and participants:

Phillips Lytle LLP

Attorneys for Defendant

125 Main Street

Buffalo, New York 14203-2887

Edward B. Geller, Esq., P.C. by

_____

Edward B. Geller