UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO REYES, JR.,<br><br>       Plaintiff,<br>vs.<br><br>LINCOLN AUTOMOTIVE FINANCIAL SERVICES,<br><br>       Defendant. | **DISCLOSURE STATEMENT PURSUANT TO <u>FRCP RULE 7.1</u>**<br><br>Civil Action No.:<br>9:15-CV-00560(LDW)(ARL) |

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Ford Motor Credit Company LLC, named herein as "Lincoln Automotive Financial Services," certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

    Ford Motor Credit Company LLC (the "Company") is an indirect wholly-owned subsidiary of Ford Motor Company. Ford Holdings LLC is the sole member of the Company, and Ford Holdings LLC is directly and wholly owned by Ford Motor Company. Ford Motor Company is listed on the New York Stock Exchange under the symbol "F," and has issued securities or debt securities to the public.

2

Dated:  New York, New York
     April 14, 2015

                    PHILLIPS LYTLE LLP


                    By   /s/Joseph B. Schmit
                          Joseph B. Schmit
                    Attorneys for Defendant
                    *Ford Motor Credit Company LLC*
                    The New York Times Building
                    620 Eighth Avenue, 23rd Floor
                    New York, New York  10018-1405
                    Telephone No. (212) 759-4888

Doc #01-2854156