UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALBERTO REYES, JR.,

        Plaintiff,

   -against -

LINCOLN AUTOMOTIVE FINANCIAL
SERVICES,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV 15-560 (LDW)(ARL)

    An Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on June 20 , 2016, granting the Defendant's motion for summary judgment, dismissing the Plaintiff's complaint, and granting judgment as a matter of law in favor of the Defendant, it is

    **ORDERED AND ADJUDGED** that the Plaintiff Alberto Reyes, Jr., take nothing of the Defendant  Lincoln Automotive Financial Services; that the Defendant's motion for summary judgment is granted; that the Plaintiff's complaint is dismissed; and that this case is hereby closed.

Dated: Central Islip, New York
        June 22, 2016

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT

                      By:   /s/ James J. Toritto
                            Deputy Clerk