**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALBERTO REYES, JR,** | |
| **Plaintiff,** | **NOTICE OF APPEAL** |
| **-against-** | |
| **LINCOLN AUTOMOTIVE FINANCIAL SERVICES,** | **Case No.: 2:15-cv-560 (LDW)(ARL)** |
| **Defendant.** | |

PLEASE TAKE NOTICE that Alberto Reyes, Jr., the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the June 20, 2016 Order Granting Defendant's Motion for Summary Judgment (ECF. No. 38) entered on June 20, 2016.

Respectfully submitted,

/s/ Yitzchak Zelman, Esq.
Yitzchak Zelman, Esq.
MARCUS & ZELMAN
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**ALBERTO REYES, JR,**

          **Plaintiff,**

          **-against-**          **Case No.: 2:15-cv-560 (LDW)(ARL)**

**LINCOLN AUTOMOTIVE FINANCIAL**
**SERVICES,**

          **Defendant.**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2016 a copy of the

    1) Notice of Appeal

was served upon the following counsel via ECF:

Paul Morrison-Taylor, Esq.
Joseph B. Schmidt, Esq.
Heather H. Kidera, Esq.
PHILLIPS LYTLE, LLP
Attorneys for Defendant
Lincoln Automotive Financial Services
620 Eighth Avenue, 23rd Floor
New York, NY 10018

 

**MARCUS ZELMAN, LLC**

By:\_\_/s/ Yitzchak Zelman_____
Yitzchak Zelman, Esq. (YZ5857)
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Phone:     (732) 695-3282
Fax:       (732) 298-6256
Attorneys for Plaintiff,
Alberto Reyes, Jr.